## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:26-cv-10842-JEK |
| ) | |
| FEDEX OFFICE AND PRINT SERVICES, ) | |
| INC., FEDEX CORPORATION, and ) | |
| ERIC DOE, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS FEDEX OFFICE AND PRINT SERVICES, INC's
### AND FEDEX CORPORATION'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), and to D. Mass. Local Rule 7.1, Defendants FedEx Office and Print Services, Inc. ("FedEx Office") and FedEx Corporation ("FedEx Corp.") (collectively "Defendants")[1] move the Court for an Order dismissing Plaintiff Andre Bisasor's Complaint and Demand for Jury Trial (the "Complaint"). As grounds for this Motion, Defendants state as follows:

1.      FedEx Corp. is the corporate parent of Federal Express Corporation ("FedEx Express"), which in turn is the corporate parent of FedEx Office. FedEx Corp. is a Delaware corporation with its headquarters in Tennessee. FedEx Corp. has no contacts with Massachusetts related to the subject matter of the instant action. Accordingly, the Court lacks jurisdiction over FedEx Corp., and the Court should dismiss this action as to FedEx Corp. pursuant to Fed. R. Civ. P. 12(b)(2).

---

[1] The other named Defendant, "Eric 'Doe'," has not been served with process in the action. *See* ECF No. 1-4 (Exh. 4 to FedEx Office's Notice of Removal).

2. Further, based on the allegations of the Complaint, all of the purported causes of action that Mr. Bisasor has attempted to assert in the Complaint are barred by the applicable statutes of limitations.

3. In addition, with respect to several of the purported causes of action asserted in the Complaint—specifically, the claims for breach of contract and breach of the covenant of good faith and fair dealing in Counts 2 and 4—Mr. Bisasor has failed to allege facts sufficient to state a claim for relief.

4. Accordingly, the Court should enter an order dismissing the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim on which relief can be granted.

5. In further support of this Motion, Defendants refer the Court to their Memorandum in support of the Motion, which they have filed with the Motion.

WHEREFORE, Defendants FedEx Office and Print Services, Inc. and FedEx Corporation respectfully request that the Court issue an Order (a) allowing this Motion, (b) dismissing this action with prejudice, and (c) awarding Defendants such other and further relief as the Court deems just and proper.

Respectfully submitted,

**FEDEX OFFICE AND PRINT SERVICES, INC and FEDEX CORPORATION**

By their attorneys,

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr. (BBO #659322)
Mariah K. Micca (BBO #711437 )
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
patrick.curran@ogletreedeakins.com
mariah.mica@ogletreedeakins.com

Dated: February 19, 2026

2

## **CERTIFICATION PURSUANT TO D. MASS. LOCAL RULE 7.1(a)(2)**

  Pursuant to D. Mass. L.R. 7.1(a)(2), I hereby certify that I am counsel for Defendants FedEx Office and Print Services, Inc. and FedEx Corporation, which are the only Defendants to have been served with process in this action. I further certify that on February 18, 2026, I sent an email to Plaintiff Andre Bisasor, who is proceeding *pro se* in this matter, informing him of the relief requested in this Motion, and asking that he provide me with his telephone number so that I could call to confer with him in a good faith effort to resolve or narrow the issues presented by this Motion. I sent the email to Mr. Bisasor at the email address that he provided in the signature block of at least one of his filings with the Suffolk County (MA) Superior Court, when this action was pending in that court, as follows: 'quickquantum@aol.com'. On February 19, 2026, I received an email from Mr. Bisasor in which he stated that he would be unable to confer prior to approximately 6:00 PM. I informed Mr. Bisasor that we would need to file this Motion before he was available to confer, but that Defendants and I remain willing to confer with him in good faith concerning the relief requested in this Motion after it has been filed, and that if we are able to reach an agreement concerning that relief we will inform the Court.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.

Dated: February 19, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent by email and by first-class mail to those indicated as non-registered participants on February 19, 2026.

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.

31896251.1

4