RECEIVED
By HaleyCurrie at 10:44 am, Mar 03, 2026

UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS
Case No. 1:26-cv-10842-JEK | Bisasor v. FedEx, et. al

## NOTICE OF CORRECT ADDRESS

1.  I, Andre Bisasor, hereby register/clarify the correct mailing address to which all physical correspondence, notices, filings, and communications should be directed to is the following address:

**Andre Bisasor**
101 Middlesex Turnpike, #270
Burlington, MA 01803

2.  It should be noted that I made this address change known to the Suffolk Superior Court, both in a filing dated 10-20-25 and during a hearing on 10-27-25, where the judge and the clerk told me that my change of address was now registered and that I did not need to do anything else regarding the updated address.
3.  The prior address of record in Attleboro, Massachusetts was the address registered with the state court at the time of the original filing of the case in 2023.
4.  However, this removed federal case appears to inadvertently list the Attleboro address as my address for this case, instead of the Burlington address, and so, hence, the need to file this notice of correct address.

Respectfully submitted,
/s/ Andre Bisasor
ANDRE BISASOR
101 Middlesex Turnpike, #270
Burlington, MA 01803

Date: March 3, 2026

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was/will be served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor

1