UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS
Case No. 1:26-cv-10842-JEK | Bisasor v. FedEx, et. al

## PLAINTIFF'S EMERGENCY/EXPEDITED MOTION FOR CLARIFICATION

1. Plaintiff Andre Bisasor respectfully moves this Court on an emergency basis[1], for clarification whether the deadline to file the amended complaint as a matter of right is due at 11.59pm on today's date (based on the time standards referenced in the federal rules of procedure) or by 6pm on today's date (based on an unclear reference to 6pm in the local rules), in order for it to be filed by today's date and received as filed by today's date (which today is the 21 day deadline to file amended complaint by automatic right).
2. NB: This filing serves as a test to ensure that the e-filing access that plaintiff was recently granted and provided activation for is working correctly.

Respectfully submitted,
/s/ Andre Bisasor
ANDRE BISASOR

Date: March 12, 2026

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was/will be served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor

---

[1] The deadline expiring in 2-days supports the emergency basis.

1