UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS
Case No. 1:26-cv-10842-JEK | Bisasor v. FedEx, et. al

## NOTICE OF MOOTNESS OF
## PLAINTIFF'S EMERGENCY/EXPEDITED MOTION FOR CLARIFICATION

1. Plaintiff Andre Bisasor respectfully provides notice that the clarification was provided by the Clerk and the request is moot and withdraws the motion.
2. Plaintiff will file by 6pm today.

Respectfully submitted,
/s/ Andre Bisasor
ANDRE BISASOR

Date: March 12, 2026

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was/will be served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor

1