UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR,<br><br> Plaintiff,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., FEDEX CORPORATION, and ERIC DOE,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:26-cv-10842-JEK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT FEDEX CORPORATION'S MOTION TO ADMIT
CHRISTOPHER M. AHEARN *PRO HAC VICE***

Pursuant to LR 83.5.3, the undersigned counsel for Defendant FedEx Corporation hereby moves for the admission *pro hac vice* of Christopher M. Ahearn.

1. Mr. Ahearn is a member in good standing of the Bar of the State of Tennessee and the Bar of the State of California. He also is admitted to practice before the following federal courts (full admission only; *pro hac vice* admissions are omitted):

- U.S. Court of Appeals for the Fifth Circuit (Feb. 17, 2023);
- U.S. Court of Appeals for the Ninth Circuit (Dec. 20, 2005);
- U.S. District Court for the Northern District of California (Apr. 4, 2006);
- U.S. District Court for the Eastern District of California (Sept. 4, 2007);
- U.S. District Court for the Central District of California (Sept. 5, 2007);
- U.S. District Court for the Southern District of California (Sept. 5, 2007);
- U.S. District Court for the Western District of Tennessee (Dec. 15, 2021);
- U.S. District Court for the Eastern District of Tennessee (July 19, 2024).

1

As required by LR 83.5.3, attached hereto in support of this Motion is a Certificate signed by Mr. Ahearn certifying that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, that he is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar, that he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under LR 83.5.3) revoked for misconduct, and that he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

<div style="margin-left: 50%;">

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr. (BBO #659322)
Mariah K. Micca (BBO #711437)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: 617.994.5700
Facsimile:  617.994.5701
patrick.curran@ogletreedeakins.com
mariah.micca@ogletreedeakins.com

*Counsel for Defendant FedEx Corporation*

</div>

Dated: March 13, 2026

## CERTIFICATION PURSUANT TO D. MASS. LOCAL RULE 7.1(a)(2)

Pursuant to D. Mass. L.R. 7.1(a)(2), I hereby certify that I am counsel not only for the Movant (Defendant FedEx Corporation), but also for Defendant FedEx Office and Print Services, Inc., which is the only other Defendant to have been served with process in this action. I further certify that Defendant FedEx Office and Print Services, Inc. assents to the relief requested in this Motion.

In addition, I certify that I have made multiple efforts, beginning with an email on February 13, 2026, and continuing with many additional emails over the ensuing period of approximately four (4) weeks, to schedule a telephone conference with Plaintiff Andre Bisasor, who is proceeding *pro se* in this matter, in a good faith effort to confer with him concerning the relief requested in this Motion. Despite those efforts, during that period of approximately four (4) weeks I have been able to schedule only one telephone conference with Mr. Bisasor concerning this matter—on March 6, 2026, at 4:00 PM—which Mr. Bisasor canceled shortly before the conference was scheduled to begin.

In short, despite multiple emails to Mr. Bisasor asking him to provide his availability to confer regarding the relief requested in this Motion, and asking him to state whether he will oppose the Motion and, if so, on what grounds (so that I could discuss those grounds with him, even if only by email), I have not been able to schedule a telephone conference with him, and I therefore have not been able to confer with him regarding the relief requested in this Motion. Nor have I been able to determine whether Mr. Bisasor intends to oppose this Motion and, if so, on what grounds he intends to oppose it. That said, I remain willing to confer with Mr. Bisasor concerning this Motion, and concerning any objections he may have to the relief requested in it.

/s/ *Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.

Dated: March 13, 2026

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on March 13, 2026.

                                                  */s/ Patrick M. Curran, Jr.*
                                                  Patrick M. Curran, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDEX OFFICE AND PRINT SERVICES, )<br>INC., FEDEX CORPORATION, and )<br>ERIC DOE, )<br>)<br>Defendants. ) | Case No. 1:26-cv-10842-JEK |

**CERTIFICATE OF CHRISTOPHER M. AHEARN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Christopher M. Ahearn, hereby certify as follows:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am a member of the of the Bar of the State of Tennessee, and of the Bar of the State of California. I have also been admitted to practice before the following federal courts (full admission only; *pro hac vice* admissions are omitted):

- U.S. Court of Appeals for the Fifth Circuit (Feb. 17, 2023);

- U.S. Court of Appeals for the Ninth Circuit (Dec. 20, 2005);

- U.S. District Court for the Northern District of California (Apr. 4, 2006);

- U.S. District Court for the Eastern District of California (Sept. 4, 2007);

- U.S. District Court for the Central District of California (Sept. 5, 2007);

- U.S. District Court for the Southern District of California (Sept. 5, 2007);

- U.S. District Court for the Western District of Tennessee (Dec. 15, 2021);

- U.S. District Court for the Eastern District of Tennessee (July 19, 2024).

2.       I am not the subject of disciplinary proceedings in any jurisdiction in which I am a member of the bar.

3.       I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under LR 83.5.3) revoked for misconduct.

4.       I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Christopher M. Ahearn
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Building B, 3rd Floor
Memphis, TN 38125
Telephone: 901.275-7015
christopher.ahearn@fedex.com

Dated: February 18, 2026