**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ANDRE BISASOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-10842-JEK |
| | ) | |
| FEDEX OFFICE AND PRINT SERVICES, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FEDEX OFFICE AND PRINT SERVICES, INC's**
**MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), and to D. Mass. Local Rule 7.1, Defendant FedEx Office and Print Services, Inc. ("FedEx Office") moves the Court for an Order dismissing the First Amended Complaint and Jury Demand (the "Amended Complaint") filed by Plaintiffs Andre Bisasor and Natalie Anderson. As grounds for this Motion, FedEx Office states as follows:

1.      All of the purported causes of action that Plaintiffs have attempted to assert in the Amended Complaint are barred by the applicable statutes of limitations.

2.      In addition, with respect to several of the purported causes of action asserted in the Amended Complaint—specifically, the claims for breach of contract (Count I), breach of the covenant of good faith and fair dealing (Count III), defamation (Count VI), assault (Count VII) , and battery (Count VIII)—Plaintiffs have failed to allege facts sufficient to state a claim for relief.

3.      Accordingly, the Court should enter an order dismissing the Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim on which relief can be granted.

4.      In further support of this Motion, FedEx Office refers the Court to its Memorandum in support of the Motion, and to the Declaration of Patrick M. Curran, Jr., both of which it has filed with the Motion.

WHEREFORE, Defendant FedEx Office and Print Services, Inc. respectfully requests that the Court issue an Order (a) allowing this Motion, (b) dismissing this action with prejudice, and (c) awarding Defendant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**FEDEX OFFICE AND PRINT SERVICES, INC.**

By its attorneys,

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr. (BBO #659322)
Mariah K. Micca (BBO #711437 )
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
patrick.curran@ogletreedeakins.com
mariah.micca@ogletreedeakins.com

Dated: March 26, 2026

2

## CERTIFICATION PURSUANT TO D. MASS. LOCAL RULE 7.1(a)(2)

Pursuant to D. Mass. L.R. 7.1(a)(2), I hereby certify that I am counsel for Defendant FedEx Office and Print Services, Inc. I further certify that I have conferred with counsel for Defendant FedEx Corporation ("FedEx Corp."), concerning the relief requested in this Motion, and who confirmed that FedEx Corp. assents to the relief requested in this Motion.

I further certify that on March 25, 2026, at approximately 8:14 AM (Eastern Time), I sent an email to Plaintiffs Andre Bisasor and Natalie Anderson, both of whom are proceeding *pro se* in this action, informing them of the relief requested in this Motion, and asking that they schedule a call to confer in a good faith effort to resolve or narrow the issues presented by this Motion. I sent the email to Mr. Bisasor and Ms. Anderson at the email addresses that they provided in the signature block of their Amended Complaint (ECF No. 025).

As of the date and time of filing, I have not received a response to my email from Ms. Anderson. On March 26, 2026, at approximately 1:24 PM (Eastern Time), I received an email from Mr. Bisasor in which he stated, among other things, that he did not have time to meet on March 26. Under Fed. R. Civ. P. 15(a)(3), Defendant's response to the Amended Complaint is due to be filed today. Accordingly, due to Mr. Bisasor's unavailability and Ms. Anderson's non-response, the parties have not been able to confer concerning the issues raised in this Motion. Defendant and I remain willing to confer with Plaintiffs in good faith concerning the issues raised in this Motion after it has been filed and, if we are able to reach an agreement concerning those issues we will inform the Court.

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.

Dated: March 26, 2026

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent by email and by first-class mail, postage prepaid, to those indicated as non-registered participants on March 26, 2026.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.

4