**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ANDRE BISASOR, et al.,                    )
                                          )
    Plaintiffs,                        )
                                          )
v.                                        )    Case No. 1:26-cv-10842-JEK
                                          )
FEDEX OFFICE AND PRINT SERVICES,          )
INC., et al.,                             )
                                          )
    Defendants.                        )

## DECLARATION OF PATRICK M. CURRAN, JR.

In accordance with 28 U.S.C. § 1746, I, Patrick M. Curran, Jr., declare under penalty of perjury that the following statements are true and correct.

1.    I am over the age of 18, and I understand and believe in the obligations of an oath. I have executed this Declaration within the United States.

2.    I am a member of the Bar of the Commonwealth of Massachusetts and a shareholder at Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree Deakins"). I am one of the attorneys representing Defendant FedEx Office and Print Services, Inc. ("FedEx Office") in this action. I make this Declaration in support of FedEx Office's Motion to Dismiss the First Amended Complaint filed in the action by Plaintiffs Andre Bisasor and Natalie Anderson.

3.    The facts set forth in this Declaration are based on my personal knowledge or on the records that Ogletree Deakins maintains in the ordinary course of its business.

4.    On March 12, 2026, at 5:53 PM (Eastern Time), I received an email from Plaintiff Andre Bisasor entitled "Initial 93A Demand Letter Bisasor v. FedEx et. al [sic]" (the "Email"). Attached to the Email was a letter (the "Letter"), dated March 9, 2026, addressed to me and to "CT Corporation, as Registered Agent for: FedEx Office and Print Services, Inc. and FedEx Corporation," and purportedly regarding "Demand Letter Pursuant to Mass. Gen. Laws ch. 93A,

§ 9(3), Bisasor v. FedEx Office and Print Services, et al., Suffolk Superior Court Case No. 2384CV01189, D. Mass. Case No. 1:26-cv-10842-JEK." True and correct copies of the Email and of the Letter are attached to this Declaration at Exhibit 1.

5.      Although the Letter was dated March 9, 2026, and purported to have been sent "VIA CERTIFIED MAIL AND VIA EMAIL TO COUNSEL OF RECORD," I did not receive it at any time prior to March 12, 2026, at 5:53 PM, when I received the Email attaching it.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 26, 2026.

Patrick M. Curran, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants by email and by first-class mail, postage prepaid, on March 26, 2026.

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.

3

50708004.v1-OGLETREE