**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ANDRE BISASOR, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-10842-JEK |
| | ) | |
| FEDEX OFFICE AND PRINT SERVICES, | ) | |
| INC., et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**DEFENDANT FEDEX CORPORATION'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), and to D. Mass. Local Rule 7.1, Defendant FedEx Corporation ("FedEx Corp.") moves the Court for an Order dismissing Plaintiffs' First Amended Complaint and Demand for Jury Trial (the "Amended Complaint"). As grounds for this Motion, FedEx Corp. states as follows:

1.      FedEx Corp. is the corporate parent of Federal Express Corporation ("FedEx Express"), which in turn is the corporate parent of FedEx Office. FedEx Corp. is a Delaware corporation with its headquarters in Tennessee. FedEx Corp. has no contacts with Massachusetts related to the subject matter of the instant action. Accordingly, the Court lacks jurisdiction over FedEx Corp., and the Court should dismiss this action as to FedEx Corp. pursuant to Fed. R. Civ. P. 12(b)(2).

2.      Further, based on the allegations of the Amended Complaint, all of the purported causes of action purportedly asserted in the Amended Complaint are barred by the applicable statutes of limitations.

3.    In addition, with respect to several of the purported causes of action purportedly asserted in the Amended Complaint, Plaintiffs failed to allege facts sufficient to state a claim for relief.

4.    Accordingly, if the Court is not inclined to dismiss the claims against FedEx Corp. under Rule 12(b)(2), it should dismiss such claims with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim on which relief can be granted.

5.    In further support of this Motion, FedEx Corp. refers the Court to its Memorandum in support of the Motion, and to the Declaration of Brandon Watts, both of which it has filed with the Motion.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

WHEREFORE, Defendant FedEx Corporation respectfully requests that the Court issue an Order (a) allowing this Motion, (b) dismissing this action based on lack of personal jurisdiction, or, in the alternative, on the merits and with prejudice, and (c) awarding FedEx Corp. such other and further relief as the Court deems just and proper.

Respectfully submitted,

**FEDEX CORPORATION**

By its attorneys,

/s/ Christopher M. Ahearn
Christopher M. Ahearn (*pro hac vice*)
TN Bar No. 040043 / CA Bar No. 239089
FEDERAL EXPRESS CORPORATION –
LEGAL DEPT.
3620 Hacks Cross Rd.. Bldg. B-3
Memphis, TN 38125
Telephone: (901) 275-7015

Dated: March 26, 2026

christopher.ahearn@fedex.com

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr. (BBO #659322)
Mariah K. Micca (BBO #711437)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
patrick.curran@ogletreedeakins.com

Dated: March 26, 2026

mariah.mica@ogletreedeakins.com

3

## CERTIFICATION PURSUANT TO D. MASS. LOCAL RULE 7.1(a)(2)

Pursuant to D. Mass. L.R. 7.1(a)(2), I hereby certify that I am counsel for Defendant FedEx Corporation. I further certify that I have conferred with counsel for Defendant FedEx Office and Print Services, Inc. ("FedEx Office"), concerning the relief requested in this Motion, and who confirmed that FedEx Office assents to the relief requested in this Motion.

I further certify that on March 25, 2026, I sent an email to Plaintiffs Andre Bisasor and Natalie Anderson, who are proceeding *pro se* in this matter, informing them of the relief requested in this Motion, and asking that they schedule a call to confer in a good faith effort to resolve or narrow the issues presented by this Motion. I sent the email to Mr. Bisasor and Ms. Anderson at the email addresses that they provided in the signature block of their Amended Complaint (ECF No. 025).

As of the date and time of filing, I have not received a response to my email from Ms. Anderson. I am informed and believe that on March 26, 2026, at approximately 1:24 PM (Eastern Time), FedEx Corporation's local counsel, Mr. Patrick Curran, received an email from Mr. Bisasor in which he stated, among other things, that he did not have time to meet on March 26. Under Fed. R. Civ. P. 15(a)(3), Defendant's response to the Amended Complaint is due to be filed today. Accordingly, due to Mr. Bisasor's unavailability and Ms. Anderson's non-response, the parties have not been able to confer concerning the issues raised in this Motion. Mr. Curran and I remain willing to confer with Plaintiffs in good faith concerning the issues raised in this Motion after it has been filed and, if we are able to reach an agreement concerning those issues we will inform the Court.

/s/ Christopher M. Ahearn
Christopher M. Ahearn

Dated: March 26, 2026

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent by first-class mail, postage prepaid, to those indicated as non-registered participants on March 26, 2026.

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.

5