UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRE BISASOR,                                )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )    Case No. 1:26-cv-10842-JEK
                                              )
FEDEX OFFICE AND PRINT SERVICES,              )
INC., FEDEX CORPORATION, and                  )
ERIC DOE,                                     )
                                              )
        Defendants.                           )

## DECLARATION OF BRANDON WAITS

1.      I, Brandon Waits, am over the age of eighteen (18) and I am competent to testify as to the matters set forth herein.

2.      The facts stated in this declaration are true as of the date of my signature below. Also, except as otherwise stated herein, such facts have been true throughout the period from at least January 1, 2013 to the present.

3.      I am employed by Federal Express Corporation as its Vice President of Human Resources. I have served in that position since July 2021. In serving and having served in such capacity, I have personal knowledge of the corporate structure and business operations of FedEx Corporation and the other facts set forth in this declaration, and including, as to time periods prior to my tenure in such position, based on records available to me in my position and knowledge obtained from others. I am familiar with and have regular access to FedEx Corporation's records in such regard, including records regarding employees of FedEx Corporation.

4.      FedEx Corporation is now, and at all times since at least January 1, 2013 has been, incorporated under the laws of the State of Delaware.

1

5.      Now, and at all times since at least January 1, 2013, FedEx Corporation's corporate headquarters, from which its officers have directed, controlled, and coordinated its activities and business operations, has been located in Memphis, Tennessee. At all such times, the key corporate functions have been managed by FedEx Corporation's executives and senior leadership, from the Memphis, Tennessee headquarters, including but not limited to accounting, finance, legal, human resources, and information technology.

6.      FedEx Corporation is now, and at all times since at least January 1, 2013 has been, the parent corporation of, and has owned 100% of the stock of, Federal Express Corporation, which in turn, is now and at all such times has been, the corporate parent and owner of 100% of the stock of FedEx Office and Print Services, Inc.

7.      FedEx Corporation does not now, and has not, at any time from at least January 1, 2013 to the present, had any offices or operations in the Commonwealth of Massachusetts.

8.      Now, and at all times since at least January 1, 2013, FedEx Corporation's personnel have not been involved in the day-to-day operations of FedEx Office and Print Services, Inc. in the Commonwealth of Massachusetts, including the operation of retail locations of FedEx Office and Print Services, Inc. During such time period, FedEx Corporation's personnel have likewise had no involvement in the provision of customer services at such retail locations.

9.      FedEx Corporation does not now have, and has not, at any time since at least January 1, 2013, had, any involvement in supervision or direction of work activities of the employees of FedEx Office and Print Services, Inc. in the Commonwealth of Massachusetts, including as it pertains to interaction with customers of FedEx Office and Print Services, Inc.

10.      At all times from at least January 1, 2013 to the present, FedEx Office and Print Services, Inc. has maintained its own policies and procedures relating to its customer services in

2

the Commonwealth of Massachusetts, including policies and procedures related to compliance with legal requirements pertaining to customer services, including but not limited to anti-discrimination laws.

11.    At no time since at least January 1, 2013 has FedEx Corporation sold, provided or contracted to provide any goods or services to, or taken any direct payments from, customers in the Commonwealth of Massachusetts.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and of the United States of America that the foregoing statements are true and correct and that I signed this declaration on March _24_, 2026 at Plano, Texas.

Brandon L. Waits
_____
Brandon L. Waits

3

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on March 26, 2026.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.