**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ANDRE BISASOR,                              )
                                           )
      Plaintiff,                          )
                                           )
v.                                         )    Case No. 1:26-cv-10842-JEK
                                           )
FEDEX OFFICE AND PRINT SERVICES,           )
INC., et al.,                              )
                                           )
      Defendants.                         )

## DECLARATION OF MICHAEL DOIRON

In accordance with 28 U.S.C. § 1746, I, Michael Doiron, declare under penalty of perjury that the following statements are true and correct.

1.      I am over the age of 18, and I understand and believe in the obligations of an oath. I have executed this Declaration within the United States.

2.      I am employed by Defendant FedEx Office and Print Services, Inc. ("FedEx Office") as a Senior Store Manager.

3.      Since May 2024, I have worked for FedEx Office as the Senior Store Manager at its store located at 187 Dartmouth Street, Boston, Massachusetts.

4.      During the period from approximately 2009 through April 2024, I was employed by FedEx Office as a Senior Store Manager at its store located at 115 Cummington Mall, Boston, Massachusetts, on the campus of Boston University.

5.      Specifically, throughout 2019, including in February 2019, I was employed by FedEx Office as the Senior Store Manager at its 115 Cummington Mall store.

6.      My duties and responsibilities as a Senior Store Manager for FedEx Office in 2019, including in February 2019, did not include any managerial or other responsibilities with respect to the 187 Dartmouth Street store, or with respect to the FedEx Office employees

assigned to work at that store. Rather, I was responsible during that period for FedEx Office's operations at the 115 Cummington Mall store.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 28, 2026.

_____
Michael Doiron

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent by email and by first-class mail, postage prepaid, to those indicated as non-registered participants on March 30, 2026.

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.