**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANDRE BISASOR, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 1:26-cv-10842-JEK |
| | ) |
| FEDEX OFFICE AND PRINT SERVICES, | ) |
| INC.,et al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT FEDEX CORPORATION'S JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendant FedEx Corporation hereby JOINS in the Opposition to Plaintiffs' Motion to Remand to State Court by Defendant FedEx Office and Print Services, Inc., filed today, March 30, 2026 (ECF No. 037). For the reasons set forth in such Opposition, Defendant FedEx Corporation requests that Court deny Plaintiffs' Motion to Remand.

Respectfully submitted,

**FEDEX CORPORATION**

By its attorneys,

/s/ *Christopher M. Ahearn*
Christopher M. Ahearn (*pro hac vice*)
TN Bar No. 040043 / CA Bar No. 239089
FEDERAL EXPRESS CORPORATION –
LEGAL DEPT.
3620 Hacks Cross Rd.. Bldg. B-3
Memphis, TN 38125
Telephone: (901) 275-7015
Dated: March 30, 2026    christopher.ahearn@fedex.com

2

/s/ *Patrick M. Curran*
Patrick M. Curran, Jr. (BBO #659322)
Mariah K. Micca (BBO #711437)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
patrick.curran@ogletreedeakins.com
mariah.mica@ogletreedeakins.com

Dated: March 30, 2026

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on March 30, 2026.

*/s/ Christopher M. Ahearn*
Christopher M. Ahearn

3