# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ANDRE BISASOR, NATALIE ANDERSON, Plaintiffs,

v.

FEDEX OFFICE AND PRINT SERVICES, INC., FEDEX CORPORATION,
ERIC DOE, AND MICHAEL DOIRON, Defendants.

Case No. 1:26-cv-10842-JEK

## ANDERSON'S MOTION FOR PERMISSION FOR ELECTRONIC FILING

1. Plaintiff Natalie Anderson ("Plaintiff"), appearing pro se in the above-captioned matter, respectfully requests that this Court grant her permission to participate in electronic filing ("e-filing") in this case pursuant to Local Rule 5.4 and Local Rule 83.5.5(d) of the District of Massachusetts.

2. Plaintiff has reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website at https://www.mad.uscourts.gov/caseinfo/cmecf-general.htm.

3. Plaintiff understands that once she registers for e-filing, she will receive notices and documents only by e-mail and not by U.S. mail.

4. Plaintiff understands that if her use of the Court's e-filing system is unsatisfactory, her e-filing privileges may be revoked, and she will be required to file documents in paper but will continue to receive documents via e-mail.

5. Plaintiff understands that she may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.

6. Plaintiff understands that she must regularly review her email for notices of activity in his case.

7. Plaintiff understands that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.

8. Plaintiff affirms that she has regular access to the equipment necessary to e-file successfully, including a computer with internet access, a web browser, PDF-creation software, a document scanner, and a valid email address (quickquantum@aol.com).

9. Plaintiff understands that PDF format is the only electronic format in which documents can be e-filed.

10. Plaintiff respectfully requests that the Court grant this motion on an expedited basis so that Plaintiff may timely file responsive pleadings in this matter, including responses to Defendants' second motion to dismiss, which was filed on March 26, 2026, and to Defendants' opposition to remand filed on March 30, 2026.

11. WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion for Permission for Electronic Filing so that Plaintiff may file documents electronically in the above-captioned case.

Respectfully submitted,
/s/ Natalie Anderson
Natalie Anderson
101 Middlesex Turnpike, #270
Burlington, MA 01803

Dated: April 3, 2026

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was/will be served via the Court's CM/ECF system and/or by email to all counsel of record.

/s/ Natalie Anderson
Natalie Anderson

1