UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS
Case No. 1:26-cv-10842-JEK | Bisasor v. FedEx, et. al

## <u>PLAINTIFFS' RENEWED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS (ASSENTED-TO)</u>

1. Plaintiffs respectfully move this Court for an extension of time to file their opposition to Defendants' Motions to Dismiss (ECF Nos. 31-36). Plaintiffs request that the deadline be extended from April 23, 2026 to **June 1, 2026**. Defendants do not object to this request.
2. On March 26, 2026, Defendants filed six motions to dismiss and supporting documents. (ECF Nos. 31-36.) Plaintiffs' opposition was originally due April 9, 2026.
3. On April 3, 2026, Plaintiffs filed an Emergency Motion to Stay Briefing on the Motions to Dismiss Pending Resolution of the Motion to Remand, or in the Alternative, for an Extension of Time. (ECF No. 41.)
4. On April 6, 2026, the Court denied the motion to stay but granted a limited extension, setting a new deadline of April 23, 2026. (ECF No. 44.)
5. On April 10, 2026, Plaintiff Bisasor and Defense Counsel Patrick M. Curran held a telephone conference to confer on pending matters, including the need for additional time to respond to the motions to dismiss.
6. On April 16, 2026, Attorney Curran confirmed by email that **Defendants do not object to an extension of the deadline to June 1, 2026**. See Screenshot below.

---

RE: Follow-up on Upcoming Filings / Re: Bisasor v. FedEx Office and Print Services, Inc., et al., Case No. 1:26-cv-10842-JEK [ODNSS-OGL.532061.000411]

From: Curran, Patrick M. (patrick.curran@ogletree.com)
To: quickquantum@aol.com; liberty_6@msn.com
Cc: christopher.ahearn@fedex.com; mariah.micca@ogletreedeakins.com
Date: Thursday, April 16, 2026 at 03:46 PM EDT

Dear Andre and Ms. Anderson,

During our call last Friday, you asked whether Defendants FedEx Office and FedEx Corp. would oppose a motion that you said that you were planning to file seeking a further extension of your deadline for responding to Defendants' Motions to Dismiss, from the current extended deadline (April 23, 2026) to June 1, 2026. I've been authorized to inform you that FedEx Office and FedEx Corp. would not oppose your motion seeking that further extension. If you have any questions, please let me know.

Thanks,
Patrick

**Patrick M. Curran | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5728
patrick.curran@ogletree.com | www.ogletree.com | Bio

---

7. Accordingly, this motion is filed meeting the requirements of Local Rule 7.1(a)(2).
8. Below are a few brief additional reasons for granting this motion.
   a) **Pro Se Status**. Plaintiffs are not lawyers. They are representing themselves in a complex federal case involving multiple defendants, motions to dismiss under Rules 12(b)(1), 12(b)(2), and 12(b)(6), and a pending motion to remand. Preparing a thorough opposition to approximately 60 pages of motion papers requires substantial time for legal research, drafting, and review.
   b) **Pending Motion to Remand.** Plaintiffs' Motion to Remand remains pending before the Court. The remand motion raises a threshold jurisdictional question, whether this Court has subject-matter jurisdiction, that logically should be resolved before the Court reaches the merits of any motion to dismiss. Plaintiffs need time to assess how the remand proceedings affect their opposition strategy.
   c) **Motion to amend the complaint and conferral on motions to dismiss.** Plaintiffs intend to file a motion to amend the complaint which may moot the pending motions to dismiss if allowed. The parties began but have not completed the process of conferring on the motion to amend the complaint as well as on the current motions to dismiss, and plaintiff needs time to complete the conferring process on these issues before preparing or completing oppositions to the motions to dismiss.
   d) **Forthcoming Motions/Other Issues**. In addition to the motions to dismiss, there are several other pending and forthcoming motions in this case, including a motion for leave to file a reply to the opposition to the motion to remand, which the defendants have also agreed to not object to, as well as motion for limited remand discovery including on Eric Doe, and jurisdictional issues on the

corporate defendants, which the parties are currently conferring on and there may be an agreement on that, and other matters. Plaintiffs also need to serve Eric Doe and the newly added defendant, Mike Doiron.

e) **No Prejudice to Defendants.** Because the Defendants have expressly stated they do not object to this extension, then there is no prejudice to the Defendants in any way. Defendants have not yet answered the Amended Complaint, and the case is still in its early stages.

f) **Interests of Justice**. Courts routinely grant extensions of time where, as here, the request is reasonable, the opposing party does not object, and the movant is proceeding *pro se*. *See* Fed. R. Civ. P. 6(b)(1)(A) (permitting extensions for good cause before a deadline expires). Granting this extension will allow Plaintiffs to file a complete and meaningful opposition, which serves the interests of justice and the efficient administration of this case.

g) **Other Grounds.** There are additional grounds for the extension that involve confidential ADA-related information. However, as they prefer to keep this motion as simple as possible, the plaintiffs will include this information separately under seal, if it becomes necessary.

9. For the foregoing reasons, and with no objection from Defendants, Plaintiffs respectfully request that the Court extend the deadline to oppose Defendants' Motions to Dismiss (ECF Nos. 31-36) from April 23, 2026 to **June 1, 2026**.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor

/s/ Natalie Anderson
Natalie Anderson

Dated: April 17, 2026

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was/will be served to the defendants in this case.

/s/ Andre Bisasor
Andre Bisasor
