UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS
Case No. 1:26-cv-10842-JEK | Bisasor v. FedEx, et al.

## PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

### [PUBLIC FILING]

1. Plaintiffs[1] respectfully request a **30-day extension**, from 6/1/26 to 7/1/26, to file their opposition to Defendants' Motions to Dismiss.
2. Plaintiff Bisasor had an unforeseen medical procedure on 5/22/26 and has been/is currently unable to prepare or complete the opposition materials due today. He is the primary drafter of Plaintiffs' filings, so this temporarily prevents completion of their opposition by today's deadline.
3. Plaintiffs request this extension as a reasonable accommodation under the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, the guidelines of the Judicial Policy Conference of Federal Courts, and the Court's inherent authority.
4. Per guidance from the Clerk's Office, Plaintiffs are submitting the confidential ADA accommodation motion with supporting medical letter from Plaintiff Bisasor's medical providers to the case clerk separately, to be confidentially provided to the Court without public access. See accompanying confidential submission.
5. Plaintiffs were not able to confer with Defense Counsel before filing due to the private nature of the medical situation and the imminency of the deadline.
6. WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline to oppose Defendants' Motions to Dismiss from 6/1/26 to 7/1/26.

/s/ Natalie Anderson
Natalie Anderson

/s/ Andre Bisasor
Andre Bisasor

Dated: June 1, 2026

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, the foregoing was filed through the CM/ECF system, which will send notification to all registered participants.

/s/ Natalie Anderson
Natalie Anderson

---

[1] This motion is prepared by Anderson for Bisasor, which the case clerk has confirmed is acceptable under the circumstances.

1