UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS
Case No. 1:26-cv-10842-JEK | Bisasor v. FedEx, et al.

## PLAINTIFFS' FINAL EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

### [PUBLIC FILING]

1. Plaintiffs[1] respectfully request a final **10-day extension**, from 7/1/26 to 7/10/26, to file their opposition to Defendants' Motions to Dismiss.
2. Plaintiffs request this extension as a reasonable accommodation under the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, the guidelines of the Judicial Policy Conference of Federal Courts, and the Court's inherent authority.
3. Plaintiffs are also filing a confidential filing that indicates the basis for this motion.
4. Per prior guidance from the Clerk's Office, Plaintiffs will submit the confidential ADA accommodation to the case clerk separately, to be confidentially provided to the Court without public access.
5. Plaintiffs were not able to confer with Defense Counsel before filing due to the private nature of the medical situation and pendency of the deadline.p
6. Plaintiffs do not anticipate asking for further extension to file the opposition to the motions to dismiss.
7. WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline to oppose Defendants' Motions to Dismiss from 7/1/26 to 7/10/26.

/s/ Natalie Anderson
Natalie Anderson

/s/ Andre Bisasor
Andre Bisasor

Dated: July 1, 2026

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the CM/ECF system, which will send notification to all registered participants.

/s/ Natalie Anderson
Natalie Anderson

---

[1] This motion is prepared by Anderson for Bisasor, which the case clerk has confirmed is acceptable under the circumstances.

1