UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDRE BISASOR, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>FEDEX OFFICE AND PRINT SERVICES,<br>INC. et al.,<br><br><br>          Defendants. | Civil Action No. 1:26-cv-10842-JEK |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Mariah K. Micca hereby withdraws her appearance as counsel for Defendants, FedEx Office and Print Services, Inc., et al. in the above-captioned matter. Patrick M. Curran will remain as counsel for Defendants in this matter.

Respectfully submitted,

FEDEX OFFICE AND PRINT SERVICES, INC.
AND FEDEX CORPORATION

By their attorneys,

*/s/ Mariah K. Micca*
Patrick M. Curran (BBO# 659322)
Mariah K. Micca (BBO#711437)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Tel:  (617) 994-5700
Fax: (617) 994-5701
patrick.curran@ogletreedeakins.com
mariah.micca@ogletreedeakins.com

Dated: July 9, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on July 9, 2026

*/s/ Mariah K. Micca*

2