RECEIVED
By HaleyCurrie at 3:11 pm, Jul 29, 2026

UNITED STATES DISTRICT COURT - DISTRICT OF MASSACHUSETTS

Case No. 1:26-cv-10842-JEK | Bisasor v. FedEx, et al.

## PLAINTIFFS' EMERGENCY MOTION TO SEAL

1. Plaintiffs respectfully submit this motion to seal, pursuant to the ADA, Section 504 of the Rehabilitation Act, and the guidelines of the Judicial Conference of the United States regarding disability accommodations in federal court, the confidential ADA request submitted today.

2. The confidential submission was submitted directly to the case clerk, to be confidentially provided to the Court, consistent with the Clerk's Office's prior guidance and this Court's prior handling of Plaintiffs' medical information. Plaintiffs request that this submission continue to be maintained confidentially, in order to protect Plaintiffs' privacy interests in their medical information.

3. The basis to justify sealing the filing is based on the fact that this is a confidential document with private medical information and/or references, that are filed under the ADA, Rehabilitation Act and/or Judicial Conference Policy guidelines, and which are presumptively confidential and if disclosed publicly would impair the privacy interests attached thereto. The filing references private medical information for plaintiffs, and thus the information at issue is protected under the ADA and HIPAA. If any part of this information is shared publicly or with others, it will be harmful to plaintiffs. We would like to protect our HIPAA rights of privacy and we should not have to sacrifice our medical information privacy in order to get relief under the ADA.

4. NB: The ADA's confidentiality provisions require that information obtained about the medical condition or history of a person seeking an accommodation be kept confidential and disclosed only to those with a need to know. 42 U.S.C. § 12112(d)(3)(B), (4)(C); 28 C.F.R. § 35.130(b)(8). The ADA mandates strict confidentiality of medical information obtained in connection with ADA accommodations (42 U.S.C. § 12112(d)(3)(B)). Courts have recognized the need to protect the privacy of litigants' medical information in ADA contexts (Doe v. Deer Mountain Day Camp, Inc., 682 F. Supp. 2d 324 (S.D.N.Y. 2010)). Disclosing an individual's disability or medical condition is considered to be discrimination, which the ADA aims to prevent. Similarly, HIPAA's minimum-necessary principle imposes an independent constraint on the disclosure of protected health information. 45 C.F.R. § 164.502(b).

5. In light of the foregoing, plaintiffs request this Court to grant this motion to seal. Please do not place on the docket nor share with anyone other than the court given the sensitive information therein.

6. Because the deadline is today in only a few hours from now, plaintiffs request emergency treatment of this motion and asks for a ruling before close of court today, so that we knows where things stand before today's deadline expires.

Respectfully submitted,

/s/ Natalie Anderson

Natalie Anderson

/s/ Andre Bisasor

Andre Bisasor

Dated: July 29, 2026

1