UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ANDRE BISASOR, et al.,

Plaintiffs,

v.

FEDEX OFFICE AND PRINT SERVICES, INC., et al.,

Defendants.

Civil Action No. 1:26-cv-10842-JEK

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Molly K. Rochford hereby withdraws her appearance as counsel for Defendants FedEx Office and Print Services, Inc., and FedEx Corporation in the above-captioned matter. Patrick M. Curran, Jr. will remain as counsel for Defendants in this matter.

FEDEX OFFICE AND PRINT SERVICES, INC.,
and FEDEX CORPORATION

By their attorneys,

*/s/ Molly K. Rochford*
Patrick M. Curran, Jr. (BBO# 659322)
Molly K. Rochford (BBO #716334)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: 617-994-5700
Facsimile: 617-994-5701
patrick.curran@ogletree.com
molly.rochford@ogletree.com

Dated: September 25, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on September 25, 2026.

*/s/ Molly K. Rochford*
Molly K. Rochford