**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ANDRE BISASOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., FEDEX CORPORATION, and ERIC DOE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-10842-JEK |

**DEFENDANT FEDEX CORPORATION'S MOTION TO ADMIT**
**BRIDGET L. BARANYAI *PRO HAC VICE***

Pursuant to LR 83.5.3, the undersigned counsel for Defendant FedEx Corporation hereby moves for the admission *pro hac vice* of Bridget L. Baranyai.

1. Ms. Baranyai is a member in good standing of the Bar of the Commonwealth of Pennsylvania, the Bar of the State of North Carolina, and the Bar of the State of West Virginia. She also is admitted to practice before the following federal courts (full admission only; *pro hac vice* admissions are omitted):

- U.S. District Court for the Southern District of West Virginia (October 25, 2006);
- U.S. District Court for the Western District of Pennsylvania (January 28, 2011);
- U.S. District Court for the Middle District of North Carolina (August 18, 2022).

2. As required by LR 83.5.3, attached hereto in support of this Motion is a Certificate signed by Ms. Baranyai certifying that she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice, that she is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar, that she

has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under LR 83.5.3) revoked for misconduct, and that she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr. (BBO #659322)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: 617.994.5700
Facsimile: 617.994.5701
patrick.curran@ogletreedeakins.com

*Counsel for Defendant FedEx Corporation*

Dated: November 20, 2026

**CERTIFICATION PURSUANT TO D. MASS. LOCAL RULE 7.1(a)(2)**

Pursuant to D. Mass. L.R. 7.1(a)(2), I hereby certify that I am counsel not only for the Movant (Defendant FedEx Corporation), but also for Defendant FedEx Office and Print Services, Inc., which is the only other Defendant to have been served with process in this action. I further certify as follows:

- Defendant FedEx Office and Print Services, Inc. assents to the relief requested in this Motion;
- On November 11, 2026, at approximately 9:46 AM, I sent an email to Plaintiffs Andre Bisasor and Natalie Anderson, who are proceeding pro se in this matter, informing them of the relief requested in this Motion, and asking that they either state that they will not oppose that relief or provide me with their availability for a telephone conference during which the parties could engage in a good faith effort to resolve or narrow the issues presented by this Motion.
- On November 13, 2026, at approximately 7:04 AM, I sent a second email to Mr. Bisasor and Ms. Anderson asking them to let me know whether they will oppose the relief requested in this Motion.
- On Monday, November 16, 2026, at approximately 12:46 PM, I received an email from Mr. Bisasor in which he stated that he was "terribly swamped at the moment," and that he would "get back to [me] by Thursday."
- Also on Monday, November 16, 2026, at approximately 4:24 PM, I sent an email to Mr. Bisasor and Ms. Anderson (a) thanking Mr. Bisasor for his email, (b) asking Ms. Anderson (again) to let me know whether she would oppose the relief requested in this Motion, (c) attaching drafts of this Motion and of Ms. Baranyai's Certificate in support of the Motion, and (d) informing Mr. Bisasor and Ms. Anderson that Defendant "will finalize and file the Motion and Certificate on Friday, November 20."
- As of the date and time of filing of this Motion, I have not received an email or other communication from Mr. Bisasor or from Ms. Anderson indicating whether they will or will not oppose the relief requested in this Motion.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.

Dated: November 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on November 20, 2026.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.

# **Attachment**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ANDRE BISASOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., FEDEX CORPORATION, and ERIC DOE,<br><br>Defendants. | ) | Case No. 1:26-cv-10842-JEK |

**CERTIFICATE OF BRIDGET L. BARANYAI**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Bridget L. Baranyai, hereby certify as follows:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am a member of the Bar of the Commonwealth of Pennsylvania, the Bar of the State of North Carolina, and the Bar of the State of West Virginia. I have also been admitted to practice before the following federal courts (full admission only; *pro hac vice* admissions are omitted):

- U.S. District Court for the Western District of Pennsylvania (January 28, 2011);
- U.S. District Court for the Middle District of North Carolina (August 18, 2022);
- U.S. District Court for the Southern District of West Virginia (October 25, 2006).

2. I am not the subject of disciplinary proceedings in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under LR 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

______________________________
Bridget L. Baranyai
FEDERAL EXPRESS CORPORATION
1000 FedEx Drive
Moon Township, PA 15108
Telephone: 412.852.2441
bridget.baranyai@fedex.com

Dated: November 17, 2026